IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-132 T
(Judge Eric G. Bruggink)

DERRICK MCNAIR,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

    Plaintiff, Derrick McNair, and defendant, the United States, submit this joint status report to update the Court on the status of settlement negotiations. The parties state as follows:

    The defendant previously submitted a consented motion to stay this case while the parties work toward settlement. (Doc. 27). The Court granted that request. (Doc. 9). Since that time, plaintiff has submitted an offer in compromise that would completely resolve the tax penalties at issue in this case. Defendant's trial attorney has reviewed the offer and drafted a memorandum with his recommendation to his supervisors concerning the settlement offer. That offer and the accompanying documents are now under review in accordance with the Tax Division's usual procedures. If the offer is accepted on behalf of the Attorney General, it will be forwarded to the IRS for processing.

    Accordingly, the parties request that the Court's stay of this case remain in place. If the Court grants this motion, the parties propose to file a joint status report updating the Court on the

1

status of any settlement on or before October 30, 2023. The parties, however, will notify the Court if, at any time, continued work on settlement appears fruitless.

    Plaintiff has advised that he consents to this stay.

                                                Respectfully submitted,

August 30, 2023                    */s/ Richard J. Markel*
                                                RICHARD J. MARKEL
                                                Attorney of Record
                                                U.S. Department of Justice
                                                Tax Division
                                                Court of Federal Claims Section
                                                Post Office Box 26
                                                Washington, D.C. 20044
                                                202-353-9175 (v)
                                                202-514-9440 (f)
                                                Richard.J.Markel@usdoj.gov

                                                DAVID A. HUBBERT
                                                Deputy Assistant Attorney General
                                                DAVID I. PINCUS
                                                Chief, Court of Federal Claims Section
                                                G. ROBSON STEWART
                                                Assistant Chief, Court of Federal Claims Section

                                                */s/ G. Robson Stewart*
                                                Of Counsel

CERTIFICATE OF SERVICE

I certify that service of this document has been made on plaintiff on August 30, 2023 by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Derrick McNair
18 Forest Street, Basement
Staten Island, NY 10314

                                                      s/ *Richard J. Markel*
                                                      *U.S. Department of Justice*
                                                      *Tax Division*
                                                      *Court of Federal Claims Section*
                                                      *Post Office Box 26*
                                                      *Washington, D.C. 20044*
                                                      *202-307-6440 (v)*
                                                      *202-514-9440 (f)*
                                                      *CTFEDClaims.Taxcivil@usdoj.gov*